

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00117-CV

**NB 2021 GP, LLC**, and NB 2021, LP,
Appellants

v.

**FM 725 LLC**,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 22-1219-CV-A
Honorable Jessica Crawford, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of this appeal are taxed against appellants NB 2021 GP, LLC and NB 2021, LP.

SIGNED June 12, 2024.

_____
Rebeca C. Martinez, Chief Justice